AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

TONY PEEBLES,

    Plaintiff.

          **v.**

UNITED STATES OF AMERICA,

    Defendant.

### JUDGMENT IN A CIVIL CASE

CASE NUMBER: 2:25-cv-133

☐  **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑  **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

### IT IS ORDERED AND ADJUDGED

that, pursuant to the Order dated March 2, 2026, the Magistrate Judge's Report and Recommendation is adopted as the opinion of the Court. Therefore, Plaintiff's complaint is dismissed without prejudice, and Plaintiff is denied leave to proceed in forma pauperis on appeal. This case stands closed.

Approved by: _____

HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

March 3, 2-26
_____
Date



John E. Triplett, Clerk of Court
_____
Clerk

_____
(By) Ann Duke, Deputy Clerk

GAS Rev 10/2020